# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KIRK PREST,** | * | |
| | * | |
| PLAINTIFF, | * | **CIVIL ACTION NO. 17-3409** |
| | * | |
| **VERSUS** | * | |
| | * | **JUDGE ASHE** |
| **BP EXPLORATION & PRODUCTION INC., et al.,** | * | |
| | * | |
| | * | **MAGISTRATE JUDGE ROBY** |
| DEFENDANTS. | * | |
| | * | |
| Related to:   B3 PLEADING BUNDLE in MDL No. 2179 | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, come Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (collectively "BP") to respectfully request that the Court dismiss Plaintiff's claims in this toxic tort "B3" matter with prejudice under Federal Rule of Civil Procedure 56. This Court granted BP's *Daubert* motion to exclude the causation opinions of Dr. Jerald Cook (R. Doc. 49.) BP has also filed a separate motion to strike and exclude Dr. Ross's testimony, which, if granted, will eliminate Plaintiff's remaining purported expert support on causation. The material facts are undisputed, and BP is entitled to judgment as a matter of law.

WHEREFORE, BP respectfully requests that the Court grant its motion for summary judgment and dismiss Plaintiff's claims with prejudice.

Dated: October 19, 2022

Respectfully submitted,
*/s/ Robert B. McNeal*
Robert B. McNeal T.A. (Bar #14211)
(rbmcneal@liskow.com)
R. Keith Jarrett (Bar #16984)
(rkjarrett@liskow.com)
Charles B. Wilmore (Bar #28812)
(cbwilmore@liskow.com)
Devin Reid (Bar #32645)
(dcreid@liskow.com)
Cherrell Simms Taplin (Bar #28227)
(cstaplin@liskow.com)
George G. Rochelle III (Bar #40030)
(ggrochelle@liskow.com)
**LISKOW & LEWIS**
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax No. (504) 556-4108

Rebecca M. Guidry (Bar # 38538)
(rguidry@liskow.com)
**LISKOW & LEWIS**
822 Harding Street
P.O. Box 52008
Lafayette, Louisiana 70503
Telephone: (337) 232-7424
Fax No. (337) 267-2399

and

A. Katrine Jakola, P.C.
(katie.jakola@kirkland.com)
Martin L. Roth, P.C.
(rothm@kirkland.com)
Kristopher Ritter
(ritterk@kirkland.com)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

*Counsel for BP Exploration & Production Inc., BP America Production Company, and BP p.l.c.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 19, 2022, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.

*/s/ Robert B. McNeal*