UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KIRK PREST | CIVIL ACTION |
| VERSUS | NO. 17-3409 |
| BP EXPLORATION & PRODUCTION INC., *et al.* | SECTION M (4) |

## JUDGMENT

In accordance with this Court's Order & Reasons (R. Doc. 72) granting the motion for summary judgment of defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c.,

IT IS ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of defendants DISMISSING the claims of plaintiff Kirk Prest, with prejudice.

New Orleans, Louisiana, this 10th day of November, 2022.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE